USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MILLER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CONSEQUENCE MEDIA, LLC, a Florida limited liability company, individually and doing business as "CONSEQUENCEOFSOUND.NET"; and DOES 1-10,<br><br>Defendants. | Case No.: 1:21-cv-5746-MKV<br><br>**JUDGMENT** |

## JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Defendant Consequence Media, LLC, and in favor of Plaintiff Michael Miller, in the amount certain of four thousand dollars and zero cents ($4,000.00); and

2. Consequence Media, LLC shall pay this judgment within thirty (30) days of its entry.

IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.

Dated: October 7, 2021, 2021          By: _____
                                          HONORABLE MARY KAY VYSKOCIL
                                          UNITED STATES DISTRICT JUDGE